**Robert L. ENDRES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 57866, 57867 and 57746.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 13, 1990.

Kathleen G. Green, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Joan Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

ORDER

Appeal from denial of Rule 29.15 motions for post-conviction relief: Nos. 1925 and 2069.

Affirmed. Rule 84.16(b).

**Edward R. SHIGEMURA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 58029.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 13, 1990.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Facts regarding movant's trial and sentencing are found in *State v. Shigemura,* 768 S.W.2d 620 (Mo. App.1989). (Conviction affirmed on March 28, 1989). On November 22, 1989, movant filed a pro se motion. The motion was untimely because it was filed more than thirty days after movant filed the transcript in his direct appeal. Rule 29.15(b). Movant's motion is time barred by the provisions of the rule. *See Day v. State,* 770 S.W.2d 692, 695 (Mo. banc 1989), *cert. denied,* —— U.S. ——, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989).

We affirm.